JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DENTON, an individual, <br><br> Plaintiff, <br><br> v. <br><br> UNFI GROCERS DISTRIBUTION, INC., a Minnesota corporation; and DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO: 2:23-cv-00714 KK (SK) <br><br> **ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** <br><br> Complaint Filed: January 31, 2023 <br> Trial Date: Not Set |

///

///

///

## ORDER

Having received and considered the parties' Stipulation of Dismissal of Entire Action with Prejudice and for good cause appearing therefore, **IT IS HEREBY ORDERED** as follows:

1. The entire action is dismissed with prejudice.
2. Each party shall bear their own attorneys' fees, costs, and expenses in this action.
3. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement and General Release of All Claims.

**IT IS SO ORDERED.**

Date: June 18, 2024

_____
Hon. Kenly Kiya Kato
United States District Judge